UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARCELL O'CONNER (#108824)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NUMBER 10-75-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Petitioner's application for Habeas Corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. §2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 29, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46820